SEALED

BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA   93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099



FILED

MAR 13 2014

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY G. VINCENT, <br><br> Defendant. | CASE NO.1: 1 4 CR 0 0 0 4 9 - LJO SKO <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 13, 2014, charging the above defendant with a violation of 26 U.S.C. § 7201-Attempt to Evade and Defeat Assessment of a Tax (Four Counts); 26 U.S. C. 7201-Attempt to Evade and Defeat Payment of a Tax (One Count) be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given

Motion to Seal Indictment

1

1  bail, that no person shall disclose the finding of the Indictment or
2  any warrant issued pursuant thereto, except when necessary for the
3  issuance and execution of the warrant.

4  DATED: March 13, 2014                Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                  By    /s/ Christopher D. Baker
                                        CHRISTOPHER D. BAKER
                                        Assistant U.S. Attorney


10 IT IS SO ORDERED.
11 Dated: March 13, 2014               /s/ Sheila K. Oberto
                                        U.S. Magistrate Judge