1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America

8

9           IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,          CASE NO. 1:14-CR-00049 LJO SKO

13                Plaintiff,           ORDER TO UNSEAL INDICTMENT

14       v.

15 JEFFREY G. VINCENT,

16                Defendant.

17

18     This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of
19 Criminal Procedure.
20     IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public
21 record.

22

23 DATED: 3/27/14

24                                        _____
25                                        United States Magistrate Judge

Order to Unseal Indictment                    1