BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-CR-00049 LJO-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES OF AMERICA AND DEFENDANT JEFFREY G. VINCENT** |
| v. | |
| JEFFREY G. VINCENT, | |
| Defendant. | |

WHEREAS, the discovery in this case is expected to contain a large amount of proprietary, personal and confidential information including, but not limited to, Social Security numbers, dates of birth, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

Therefore, Defendant JEFFREY G. VINCENT, by and through his

counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Christopher D. Baker, hereby agree and stipulate as follows:

    1.   This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

    2.   This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case, and documents produced subsequent to the date of entry of this Order (hereafter, collectively known as the "discovery").

    3.   By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

    4.   The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or certify

that it has been destroyed at the conclusion of the case.

    5.   Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

    6.   Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

    7.   In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

    IT IS SO STIPULATED.

DATED: April 15, 2014                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ Christopher D. Baker
                                             CHRISTOPHER D. BAKER
                                             Assistant U.S. Attorney


DATED: APRIL 15, 2014                  By: /s/ Maurice E. Joy
                                             MAURICE E. JOY
                                             Attorney for Defendant
                                             JEFFREY G. VINCENT

IT IS SO ORDERED.

  Dated:  **April 15, 2014**                **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE