MAURICE E. JOY #055784
Attorney at Law
246 W. Shaw Avenue
Fresno, CA  93704
Email:  maurice.joy@sbcglobal.net
Telephone: (559)248-0448
Facsimile (559)248-0447

Attorney for:  Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:14-CR-00049-LJO-BAM |
| Plaintiff, | |
| v. | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| JEFFREY G. VINCENT, | |
| Defendant | |

NOTICE IS HEREBY GIVEN that, subject to approval by the court, JEFFREY G. VINCENT substitutes MAURICE E. JOY, State Bar No. 055784, as counsel of record in place of HARRY M. DRANDELL.

Contact information for new counsel is as follows:

Firm Name:   MAURICE E. JOY

Address:     246 W. Shaw Avenue, Fresno, CA  93704

Telephone:   (559)248-0448     Facsimile:     (559)248-0447

E-mail:      maurice.joy@sbcglobal.net

I consent to the above substitution.

Date: 4/16/2014               /s/ Jeffrey G. Vincent_____
                              Jeffrey G. Vincent
                              Defendant

I consent to being substituted.

Date: 4/21/2014                    /s/ Harry M. Drandell
                                   Harry M. Drandell

I consent to the above substitution.

Date: 4/23/2014                    /s/ Maurice E. Joy
                                   Maurice E. Joy

ORDERED

The substitution of attorney is hereby approved that Attorney Harry M. Drandell is relieved as appointed counsel and Attorney Maurice E. Joy is retained attorney of record for defendant Jeffrey G. Vincent.

IT IS SO ORDERED.

Dated:   **April 29, 2014**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE