```
BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY G. VINCENT,<br><br>    Defendant. | Case No.  1:14-CR-00049 LJO-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference now set for **January 12, 2015,** may be continued to **January 26, 2015,** at 1:00 p.m.

The reason for the continuance is to allow the parties to discuss possibly resolving issues defense counsel has indicated he may seek to resolve by motion.  Specifically, the additional time is necessary for defense counsel to provide the government with notice of the particular issues and for the government to review and confer with defense counsel as to possible alternatives to resolving those issues short of motion practice.

Stipulation and [Proposed] Order

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

    IT IS SO STIPULATED.

DATED: January 8, 2015          BENJAMIN B. WAGNER
                                      United States Attorney

                                  By: /s/ Christopher D. Baker
                                     CHRISTOPHER D. BAKER
                                     Assistant U.S. Attorney

DATED: January 8, 2015          By: /s/ Maurice E. Joy
                                     MAURICE E. JOY
                                     Attorney for Defendant
                                     JEFFREY G. VINCENT

**ORDER**

    IT IS SO ORDERED that the 4th Status Conference is continued From January 12, 2015 to January 26, 2015 at 1:00 PM before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

    Dated: **January 8, 2015**            /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE