BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00049-LJO-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE HEARING ON MOTION FOR BILL OF PARTICULARS AND ALTERNATIVE MOTION TO DISMISS |
| v. | |
| JEFFREY G. VINCENT, | DATE: May 26, 2015 |
| Defendant. | TIME: 1:30 p.m.<br>CTRM: HON. BARBARA A. MCAULIFFE |

On April 22, 2015, the court ordered the parties to meet and confer by 9:00 a.m. Friday, April 24, 2015, on the pending motion for protective order and alternative motion to dismiss. Because of other commitments, the parties are unable to comply with this schedule. To give counsel time to meet and confer in advance of the hearing, the parties, by and through their undersigned counsel, agree that the court may continue the hearing on the pending motions from April 27, 2015, until **May 26, 2015, at 1:00 p.m.** The parties also stipulate and agree to inform the court by email to Courtroom Deputy Harriet Herman, no

later than 9:00 a.m. on the Friday before the hearing date whether any issues remain for the court's decision and if so, which specific issues remain at issue.  The parties further agree that time may be excluded until May 26, 2015, pursuant to 18 U.S.C. § 3161(h)(1)(D) due to the pending pretrial motions.

Dated: April 23, 2015                BENJAMIN B. WAGNER
                                     United States Attorney

                                By:  /s/ Mark J. McKeon
                                     MARK J. MCKEON
                                     Assistant U.S. Attorney

Dated: April 23, 2015                /s/ Maurice E. Joy
                                     MAURICE E. JOY
                                     COUNSEL FOR DEFENDANT

## ORDER

**IT IS SO ORDERED that** the Motion hearing as to Jeffrey G. Vincent is continued from April 27, 2015, to **May 26, 2015, at 1:00 p.m.** before Judge McAuliffe.  The parties also stipulate and agree to inform the court by email to Courtroom Deputy Harriet Herman, no later than 9:00 a.m. on the Friday before the hearing date whether any issues remain for the court's decision and if so, which specific issues remain at issue.  Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) due to the pending pretrial motions.

IT IS SO ORDERED.

Dated:  **April 23, 2015**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE