MAURICE E. JOY #055784
Attorney at Law
246 W. Shaw Avenue
Fresno, CA  93704
Telephone: (559)248-0448
Facsimile:  (559)248-0447

Attorney for: Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,) | Case No. 1:14-CR-00049-LJO-BAM |
| ) Plaintiff, ) | **AMENDED STIPULATION TO CONTINUE HEARING ON MOTION FOR BILL OF PARTICULARS AND ALTERNATIVE MOTION TO DISMISS; ORDER** |
| v. ) | |
| JEFFREY G. VINCENT, ) | DATE: May 26, 2015 |
| Defendant. ) | TIME: 1:00 p.m. |
| ) | CTRM: 8 (Hon. Judge McAuliffe) |

    On May 20, 2015, the court ordered the parties to meet and confer by 9:00 a.m. Friday, May 22, 2015, on the pending motion for bill of particulars and alternative motion to dismiss per the previous court order. The parties were previously scheduled for a meet and confer on May 20, 2015, at 2:00 p.m. Because of defense counsel's physical limitations, the parties were unable to meet as scheduled. Counsel for the defendant had oral surgery on May 15, 2015. Surgery was more extensive than originally anticipated which has extended recovery time. Defense counsel's physical activities are limited which includes minimal talking

for two (2) weeks. To give counsel time to meet and confer in the advance of the hearing, the parties, by and through their undersigned counsel, agree that the court may continue the hearing on the pending motions from May 26, 2015, until **July 27, 2015, at 1:00 p.m.** The parties also stipulate and agree to inform the court by email to Courtroom Deputy Harriet Herman, no later than 9:00 a.m. on Friday before the hearing date whether any issues remain for the court's decision and if so, which specific issues remain at issue. The parties further agree that time may be excluded until July 27, 2015, pursuant to 18 U.S.C. § 3161 (h) (1) (D) due to the pending pretrial motions.

Dated: May 22, 2015                           MARK J. McKEON
                                              Assistant U.S. Attorney


                                         By: __/s/ Mark J. McKeon____
                                              Assistant U.S. Attorney


Dated: May 22, 2015                           __/s/ Maurice E. Joy___
                                              Counsel for Defendant

AMENDED STIPULATION TO CONTINUE HEARING ON MOTION

**ORDER**

**IT IS SO ORDERED that** the Defendant's Amended Motion for bill of particulars and alternative motion to dismiss (Doc. 31) hearing is continued from May 26, 2015 to July 27, 2015 at 1:00PM before Judge McAuliffe.  Time is excluded pursuant to 18 U.S.C. § 3161 (h) (1) (D) due to the pending pretrial motions.

IT IS SO ORDERED.

Dated**:**   **May 22, 2015**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE