# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY G. VINCENT,<br><br>　　　　Defendant. | 1:14-cR-00049 LJO-BAM-1<br><br>**ORDER ON MOTION FOR A BILL OF PARTICULARS OR MOTION TO DISMISS; SETTING TRIAL SETTING CONFERENCE** |

　　　　The Court has received and reviewed the alternative motions filed by the Defendant in this case. The Court needs no oral argument and deems the matter submitted on the motion, opposition, and reply papers.

　　　　A Bill of Particulars in a criminal case is not the equivalent of Interrogatories in a civil case to which objections as to each request need be made, and if not made, are to be deemed waived. The issue in a Bill of Particulars request is whether or not the Indictment is 'sufficiently pleaded,' meaning whether it provides sufficient information on the nature of the charges to allow preparation of a defense. *United States v. Mitchell*, 744 F.2d 701, 705 (9th Cir. 984). The elements of each of the five charges pleaded in the instant case are presented with legal and factual specificity, thereby giving adequate legal notice to the defendant.

　　　　If there are remaining issues at all, they are at most discovery matters not now

1

before the Court. In addition, the Statute of Limitations argument is spurious due to the inclusive allegations regarding continuous offenses well within the Statute's time frame. *United States v. Carlson*, 235 F.3d 466 (9th Cir. 2000). Finally, facts concerning aiding and abetting need not be pled to save an Indictment from extinction pursuant to Fed. R. Crim. Pro. 7(c).

The alternative defense motions are DENIED.

The Court sets a Trial Setting Conference in this case to be held on July 27, 2015 at 9:30 a.m. on the Seventh Floor of the U.S. Courthouse in Fresno, California. Counsel are to be ready with their calendars to set this matter for trial.

**IT IS SO ORDERED**

**Dated: July 23, 2015**

                                          **/s/ Lawrence J. O'Neill**
                                          **United States District Judge**