MAURICE E. JOY #055784
Attorney at Law
246 W. Shaw Avenue
Fresno, CA  93704
Telephone: (559)248-0448
Facsimile:  (559)248-0447

Attorney for: Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-CR-00049-LJO-BAM |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE HEARING ON** |
| ) | **DEFENDANT'S NOTICE OF MOTION AND** |
| ) | **MOTION TO COMPEL DISCOVERY AND** |
| v. ) | **DEFENDANT'S MOTION TO COMPEL** |
| ) | **DISCOVERY; ORDER** |
| ) | |
| JEFFREY G. VINCENT, ) | |
| ) | DATE: August 8, 2016 |
| Defendant. ) | TIME: 1:00 p.m. |
| ) | CTRM: 8 (Hon. Judge McAuliffe) |

On July 20, 2016, the court ordered the parties to meet and confer by 9:00 a.m. Friday, July 22, 2016, on the pending motion for defendant's notice of motion and motion to compel discovery and defendant's motion to compel discovery. Because of the U.S. attorney and defense counsel's unavailability, the parties are unable to meet as ordered. To give counsel time to meet and confer in the advance of the hearing, the parties, by and through their undersigned counsel, agree that the court may continue the hearing on the pending motions from July 25, 2016, until **August 8, 2016, at 1:00 p.m.** The parties also stipulate

and agree to inform the court by email to Courtroom Deputy Harriet Herman, no later than 9:00 a.m. on Friday before the hearing date whether any issues remain for the court's decision and if so, which specific issues remain at issue. The parties further agree that time may be excluded until August 8, 2016, pursuant to 18 U.S.C. § 3161 (h) (1) (D) due to the pending pretrial motions.

Dated: July 21, 2016                          MARK J. McKEON
                                              Assistant U.S. Attorney


                                        By:   /s/ Mark J. McKeon
                                              Assistant U.S. Attorney


Dated: July 21, 2016                           /s/ Maurice E. Joy
                                              Counsel for Defendant


### ORDER

**IT IS SO ORDERED THAT the Motion hearing is continued from Monday, July 25, 2016 to Monday, August 8, 2016 at 1:00 PM Before Judge McAuliffe.** Time is excluded pursuant to 18 U.S.C. § 3161 (h) (1) (D) due to the pending pretrial motions.
IT IS SO ORDERED.

Dated:  **July 21, 2016**                     /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION