MAURICE E. JOY #055784
Attorney at Law
246 W. Shaw Avenue
Fresno, CA  93704
Telephone: (559)248-0448
Facsimile:  (559)248-0447

Attorney for: Defendant

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-CR-00049-LJO-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE EXPERT DISCLOSURES INCLUDING REPORTS OF TRIAL EXPERTS TO MARCH 1, 2017** |
| v. | |
| JEFFREY G. VINCENT, | DATE: APRIL 4, 2017 |
| Defendant. | TIME: 8:30 a.m. |
| | CTRM: 4 (Hon. Judge O'Neill) |

On November 1, 2016, the court ordered the parties to mutually exchange Designation of Trial Experts Including Reports of Trial Experts on or before February 1, 2017. The parties conducted a meet and confer on January 27, 2017 and agreed to a continued date of March 1, 2017 for Designation of Trial Experts and their reports. The request to continue the date for designation of experts and reports resulted from defense counsel being notified on January 27, 2017 that the expert witness retained by the defense to offer testimony at trial regarding Trusts and Limited Liability Partnerships was no longer

available on the trial date of April 4, 2017. The requested

date of March 1, 2017 will give the defense sufficient time to

retain another expert, who will be prepared to testify at the

trial herein. That no prejudice will occur to either party by

setting the date of March 1, 2017 as the date for designation of

experts nor will this continued date cause a delay in trial

calendared herein.

Dated: January 31, 2017                    PHILLIP A. TALBERT
                                           United States Attorney


                                    By:  /s/ Christopher D. Baker
                                         Assistant U.S. Attorney


Dated: January 31, 2017                     /s/ Maurice E. Joy
                                           Counsel for Defendant


**ORDER**

IT IS SO ORDERED.

   Dated:  **January 31, 2017**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE

Judge