**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:14-CR-00049 LJO BAM |
| Plaintiff, | ORDER RE DEFENDANT'S PROPOSED (DISPUTED) JURY INSTRUCTIONS |
| v. | (ECF No. 87) |
| JEFFREY G. VINCENT, | |
| Defendant. | |

The Court has received and reviewed Defendant's proposed (disputed) jury instructions, ECF. No. 87, and the United States' objections thereto, ECF No. 88. For the reasons set forth below, Defendant's request to include the six jury instructions proposed is DENIED IN ITS ENTIRETY.

Defendant's first requested instruction, "Engaging in Lawful Conduct," is not a model jury instruction. The joint (agreed-upon) proposed jury instructions already include the standard instruction on willfulness: Ninth Circuit Model Jury Instruction 9.42 (Willfully - Defined). Defendant's proposed additional language is therefore unnecessary. In addition, the case Defendant cites as authority for this instruction, *United States v. Caldwell*, 989 F.2d 1056, 1060, 1061 (9th Cir. 1993), concerned a charge of conspiracy to defraud the United States based upon "deceitful and dishonest" means, warranting a finding that mere obstruction of government business is not the equivalent of "deceitful and dishonest" conduct. Because no charge in this case requires proof of "deceitful and dishonest" conduct, *Caldwell* is inapposite.

Defendant's second requested instruction, "Reliance Upon Attorney," is also not a model instruction. The parties' joint proposed instructions already include Ninth Circuit Model Jury Instruction 5.9 concerning "advice of counsel," so Defendant's more argumentative instruction is both unnecessary and inappropriate.

Defendant's third and fourth proposed instructions, both entitled "Willfulness - Good Faith," request related language on willfulness and good faith belief. As mentioned, the joint proposed jury instructions already include Ninth Circuit Model Jury Instruction 9.42 (Willfully - Defined).

1

1    Defendant's third and fourth proposed instructions are duplicative of the model instruction and in part

2    conflict with other standard instructions (*e.g.*, the statement "if there is any doubt in your mind as to

3    this issue . . . you must find the defendant not guilty," ECF No. 87 at 4, conflicts with Ninth Circuit

4    Model Jury Instruction 3.5 (Reasonable Doubt - Defined)).

5          Defendant's fifth proposed non-model jury instruction, entitled "Willfulness - Differences of

6    Opinion," is likewise duplicative of language in Ninth Circuit Model Jury Instruction 9.42 (Willfully -

7    Defined), which provides "[a] defendant who acts on a good faith misunderstanding as to the

8    requirements of the law does not act willfully even if his understanding of the law is wrong or

9    unreasonable."

10         Finally, Defendant requests a non-model instruction entitled: Good Faith Belief - Reliance

11   upon Government's Representation, which provides in full:

12         The defendant has testified that he relied upon Supreme Court opinions and other government

13         official's statements in forming his opinions and beliefs. The United States Supreme Court has

14         said that "Our system of taxation is based upon voluntary assessment and payment, not upon

15         distraint." The defendant is entitled to rely upon advice and representations made by the

16         government in forming his beliefs and in conducting his affairs. [Citing various cases.]

17   ECF No. 87 at 8. Again, this instruction overlaps with the Ninth Circuit Model Jury Instruction 9.42

18   (Willfully - Defined). In addition, the quoted passage from *Flora v. United States*, 362 U.S. 145, 176

19   (1960) ("Our system of taxation is based upon voluntary assessment and payment, not upon

20   distraint."), is taken out of context. *Flora* ultimately held that a taxpayer subject to tax assessment

21   cannot commence an action in district court without first paying full amount of disputed assessment.

22   *Id*. at 176-77.

23         Accordingly, Defendant's request to include the six jury instructions proposed is DENIED.
     IT IS SO ORDERED.
24

25   Dated:   **March 31, 2017**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE
26

27

28