PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
KIRK E. SHERRIFF
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:14-CR-00049 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | APPLICATION AND ORDER AMENDING |
| v. | ) | JUDGEMENT AND COMMITMENT |
| | ) | |
| JEFFREY G. VINCENT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS, on July 24, 2017, defendant JEFFREY G. VINCENT was

sentenced, among other things, to pay restitution in the amount of

$500,251.50;

WHEREAS, the Presentence Investigation Report (PSR) recommended,

and the parties agreed, that restitution be ordered only as a

-1-
APPLICATION AND [PROPOSED] AMENDED RESTITUION ORDER

condition of supervised release; and

WHEREAS, the Judgement and Commitment entered by the Court on July 27, 2017 (Doc. 116) erroneously ordered that defendant pay restitution immediately, including during the term of imprisonment;

ACCORDINGLY, the parties apply for entry of an Order amending the Judgment and Commitment, as follows:

(1) Doc. 116 at Page 5: add Special Condition of Supervision No. 9, as follows: "The defendant shall pay restitution in the total amount of $500,251.50 as follows: Tax Years 1989-1992 ($337,848.50, interest included); Tax Years 2007-2010 ($162,403, interest not included). The court will set the payment plan based on an assessment of the defendant's ability to pay within 30 days after defendant's release from imprisonment."

(2) Doc. 116 at Page 6: uncheck the bottom box that states "restitution is due during imprisonment at the rate of not less than $25 per quarter";

(3) Doc. 116 at Page 7: uncheck the top box ('A') that states "payment of $500,751.50 due immediately";

(4) Doc. 116 at Page 7: check box 'E' stating "Payment during the term of supervised release will commence within 30 days after release from imprisonment" (inserting "30 days").

Dated:  July 28, 2017                    PHILLIP A. TALBERT
                                         United States Attorney


                                          /s/ Christopher D. Baker
                                         CHRISTOPHER D. BAKER
                                         Assistant U.S. Attorney


Dated:  July 28, 2017                    _____

                                         MAURICE E. JOY

Attorney for Defendant
JEFFREY G. VINCENT

IT IS SO ORDERED.

    Dated:   **July 28, 2017**              **/s/ Lawrence J. O'Neill**
                                               UNITED STATES CHIEF DISTRICT JUDGE

Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28